**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

ANDRE LONDON,

*Plaintiff*,

v.

WYANDOTTE COUNTY SHERRIF'S DEPARTMENT, et al.

*Defendants*.

Case No. 25-3022-AJP-RES

**ORDER**

Pro se Plaintiff Andre London filed a Complaint against multiple Defendants on February 5, 2025. On January 5, 2026, Defendants filed a Motion to Dismiss, which remains pending.[1] Several weeks later, on January 15, 2026, Plaintiff filed a Motion for Declaration for Entry of Default (Doc. 32). The Court denies his request.

Procedurally, a default judgment under Federal Rule of Civil Procedure 55 requires two steps. Fed. R. Civ. P. 55(a)-(b); *see also Flohrs v. Eli Lilly & Co.*, 2012 WL 5266116, at *1 (D. Kan. 2012) (citing Fed. R. Civ. P. 55)). First, the clerk of the court must enter the party's default under Fed. R. Civ. P. 55(a). *See also Woods v. Ross*, 2021 WL 3077236, at *7 (D. Kan. 2021) (citing 10A Wright & Miller, Federal

[1] This case was previously assigned to Judge Melgren and was recently reassigned to the undersigned. In May 2026, Judge Melgren granted Plaintiff's motion for extension of time to file a response to the pending Motion to Dismiss, and Plaintiff's response was filed on June 23, 2026.

Practice and Procedure § 2682 (4th ed. 2021)). The second step requires applying for default judgment under Fed. R. Civ. P. 55(b). Here, the first requirement is not met as an entry of default under Fed. R. Civ. P. 55(a) has not been entered. Thus, he does not meet the first procedural requirement for default judgment.

Furthermore, substantively, an entry of default is only appropriate if a party "has failed to plead or otherwise defend." Fed. R. Civ. P. 55(a); *see also Flohrs*, 2012 WL 5266116, at *1. As noted above, Defendants have a pending Motion to Dismiss.[2] Thus, Defendants have not failed to plead or otherwise defend.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Declaration for Entry of Default (Doc. 32) is **DENIED**.

**IT IS SO ORDERED.**

Dated this 17th day of August, 2026.

s/Anthony J. Powell
ANTHONY J. POWELL
UNITED STATES DISTRICT JUDGE

[2] The Court will decide this motion at a later date.